FILED

JUN - 9 2006

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re: ) Case No. 02-23700-D-13L
)
WILLIAM DOBSON and )
TRACY DOBSON, )
)
)
Debtors. )
_____)
) Adv. Pro. No. 06-2024-D
WILLIAM DOBSON and ) Docket Control No. JWC-1
TRACY DOBSON, )
)
)
Plaintiffs, )
)
v. )
)
SMS FINANCIAL VII, L.L.C. (CK) )
and U.S. BANK/FIRSTAR BANK, )
)
Defendants. )
_____)

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

The court having considered the pleadings, documentary evidence, and testimony presented in connection with the Motion for Summary Judgment, or in the Alternative, Summary Adjudication, bearing Docket Control No. JWC-1, filed by defendant SMS Financial VII, L.L.C. (CK) ("SMS"), makes the following findings of fact and conclusions of law:

### FINDINGS OF FACT

1.   On April 3, 2002 (the "Petition Date"), William Dobson and Tracy Dobson (the "Debtors") filed their chapter 13 petition to initiate Case No. 02-23700 (the "Case").

2.   Before the Petition Date, the Debtors executed and delivered to U.S. Bank a Consumer Installment Note in the

1  principal amount of $30,000, and granted a third Deed of Trust
2  which was recorded in Shasta County, California.
3       3.   U.S. Bank is an Insured Depository Institution.
4       4.   On April 3, 2002, the Debtors filed a Chapter 13 Plan
5  ("Plan") that treated U.S. Bank's claim as a Class 2 claim,
6  stated a claim amount of $30,000, a market value for applicable
7  collateral of zero, and an interest rate of zero.
8       5.   Concurrently with the Plan, as Attachment M-3 to the
9  Plan, the Debtors filed a Motion to Value Collateral of U.S.
10 Bank, which the Debtors designated as Motion Control No. MWB-1
11 (the "Motion").
12      6.   In connection with the Motion, a Notification of
13 Chapter 13 Plan Including Motion to Value Collateral was served
14 on U.S. Bank by first-class mail on April 17, 2002, at the
15 following address, and no other:  "US Bank, P.O. Box 790167, St.
16 Paul, MO 63179."
17      7.   The address stated in the previous paragraph was then
18 for U.S. Bank's payment lock box.
19      8.   Neither the Plan nor the Motion was served on U.S. Bank
20 by certified mail.
21      9.   U.S. Bank did not file a response to the Plan or to the
22 Motion.
23      10.  On June 24, 2002, an employee of U.S. Bank filed a
24 Proof of Claim in the Case, in the amount of $30,856.28, and this
25 Proof of Claim asserted that the claim was fully secured by the
26 Debtors' residence.
27      11.  The address set forth on U.S. Bank's Proof of Claim was
28 the following:  "P.O. Box 5229, Cincinnati, OH 45201-5229."

12. The Debtors did not file an objection to U.S. Bank's Proof of Claim.

## CONCLUSIONS OF LAW

1. The terms of General Order 01-02 governed the Case until June 30, 2003, at which time General Order 03-03 in part superseded General Order 01-02 as to the Case.

2. The Debtors effected service of the Motion on U.S. Bank in violation of paragraph 3(b) of General Order 01-02, because the Motion was not served in compliance with the standards set forth therein.

3. The Debtors effected service of the Motion on U.S. Bank in violation of the Due Process rights of U.S. Bank.

4. As a consequence of the Debtors' failure to serve the Motion in compliance with applicable law, the order that confirmed the Plan (entered on the court's docket on July 22, 2002), did not bind U.S. Bank, or SMS as U.S. Bank's assignee, to the extent the order valued U.S. Bank's collateral or determined the allowance of U.S. Bank's claim in the Case; neither did the order extinguish or otherwise impair U.S. Bank's lien.

Dated: June 9, 2006

_Robert Bardwil_
ROBERT S. BARDWIL
United States Bankruptcy Judge

## CERTIFICATE OF MAILING

I, Andrea Lovgren, in the performance of my duties as Deputy Clerk to the Honorable Robert S. Bardwil, mailed by ordinary mail a true copy of the attached document to each of the parties listed below:

Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814

Mark Briden
691 Maraglia, Dr., #D
P.O. Box 493085
Redding, CA 96049

Jennifer Crastz
]15910 Ventura Blvd., 12th Floor
Encino, CA 91436

DATE: 6-9-06

_____
Deputy Clerk